UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| VINCE MOORE | CIVIL ACTION NO. 6:05-1709 |
| VS. | JUDGE MELANÇON |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE METHVIN |

O R D E R

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under applicable law;

IT IS ORDERED that this petition for *habeas corpus* be DENIED AND DISMISSED WITH PREJUDICE because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

THUS DONE AND SIGNED in Chambers in Lafayette, Louisiana this 30th day of January, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE